In the Matter of the Probate of the Will of WILLIAM F. KUEHNEL, Deceased. GUSTAVE G. KUEHNEL et al., Appellants; ANNA H. KUEHNEL, Respondent.— Decree so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMES J. CANNON, JR., as Administrator of the Estate of JAMES J. CANNON, Deceased, et al., Appellants, v. OTIS ELEVATOR COMPANY et al., Respondents.— Judgment and order unanimously affirmed, with costs to the respondent Aetna Casualty & Surety Company. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of FLORA W. MILLER et al., as Executors of GERTRUDE V. WHITNEY, Deceased, et al., for the Judicial Settlement of the Account of Proceedings of Said GERTRUDE V. WHITNEY et al., as Executors of ALICE G. VANDERBILT, Deceased, and the Application of Said Executors of the Deceased Executors for an Apportionment of Death Taxes on Property over which the Decedent, ALICE G. VANDERBILT, Exercised a Power of Appointment. FLORA W. MILLER et al., as Executors of GERTRUDE V. WHITNEY, Deceased, et al., Respondents; HORACE R. LAMB, as Executor of CATHLEEN V. AROSTEGNI, Deceased, et al., Appellants.— Decree so far as appealed from unanimously affirmed, with costs to all parties payable out of the estate of Alice G. Vanderbilt, deceased. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer and Dore, JJ. [180 Misc. 431.] [See post, pp. 936, 937.]

HAROLD SWAIN, Respondent, v. H. G. F. REALTY CORPORATION, Defendant, and GUSTAV HALPERN et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 842.]

ROYAL INDEMNITY COMPANY, Appellant, v. CORN EXCHANGE BANK TRUST COMPANY, Respondent, and MAX BLUMENFELD et al., Impleaded Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROYAL INDEMNITY COMPANY, Plaintiff, v. CORN EXCHANGE BANK TRUST COMPANY, Appellant, and MAX BLUMENFELD et al., Impleaded Defendants-Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BERNARD DOWD, Respondent, v. NORTH EAST WHITE TOWER SYSTEM, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM H. STANDER, Appellant, v. DAVID SCHNEIDER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CLARA ENGELMAN, Respondent, v. JOSEPH ENGELMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PLAYHOUSE PROPERTIES, INC., Respondent, v. RICHARD W. KRAKEUR et al., Individually and as General Partners under the Name of SLEEP MY PRETTY ONE COMPANY, Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BYRNE, BOWMAN & FORSHAY, INC., et al., Respondents, v. 1481 BROADWAY CORPORATION et al., Appellants.— Order so far as appealed from unanimously